## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF FLORIDA

| | | |
|---|---|---|
| DAVID ARTHUR YOCUM, on behalf of herself and others similarly situated, | : : : | CIVIL ACTION FILE NO. |
| Plaintiff, | : : | |
| v. | : : | **COMPLAINT – CLASS ACTION** |
| HEMATOPATHOLOGY ASSOCIATES, L.L.C. doing business as BIO GX LABORATORY, a Florida limited liability company, | : : : : : | **JURY TRIAL DEMANDED** |
| Defendant. | : | |

_____/

## <u>CLASS ACTION COMPLAINT</u>

Plaintiff David Arthur Yocum ("Plaintiff" or "Yocum") brings this Class Action Complaint and Demand for Jury Trial against Hematopathology Associates, L.L.C. doing business as BIO GX Laboratory and Bio-Genetics Lab ("Defendant" or "Bio-Genetics Lab") to stop the Defendant from violating the Telephone Consumer Protection Act by making pre-recorded telemarketing calls to consumers without consent. Plaintiff also seeks injunctive and monetary relief for all persons injured by Defendant's conduct. Plaintiff Yocum, for this Complaint, alleges upon personal knowledge as to himself and his own acts and experiences, and, as to all other

matters, upon information and belief, including investigation conducted by her attorneys, as follows:

## NATURE OF ACTION

1.      As the Supreme Court recently explained, "Americans passionately disagree about many things. But they are largely united in their disdain for robocalls. The Federal Government receives a staggering number of complaints about robocalls—3.7 million complaints in 2019 alone. The States likewise field a constant barrage of complaints. For nearly 30 years, the people's representatives in Congress have been fighting back. As relevant here, the Telephone Consumer Protection Act of 1991, known as the TCPA, generally prohibits robocalls to cell phones and home phones." *Barr v. Am. Ass'n of Political Consultants*, 140 S. Ct. 2335, 2343 (2020).

2.      This case involves a campaign by Hematopathology Associates, L.L.C., d/b/a BIO GX Laboratory, and Bio-Genetics Laboratory to market its services through the use of automated telemarketing calls using pre-recorded voice messages in violation of the Telephone Consumer Protection Act, 47 U.S.C. § 227 *et seq*. (hereinafter referred to as the "TCPA").

3.      The recipients of Defendant Bio-Genetics Lab's illegal calls, which include Plaintiff and the proposed class, are entitled to damages under the TCPA,

and because the technology used by Bio-Genetics Lab makes calls *en masse*, the appropriate vehicle for their recovery is a class action lawsuit.

## PARTIES

4.      Plaintiff Yocum is and at all times relevant to this action was a Charlotte County resident.

5.      Defendant Bio-Genetics Lab is a Florida limited liability company headquartered in Charlotte County, Florida.

## JURISDICTION AND VENUE

6.      This Court has federal question jurisdiction over the TCPA claim pursuant to 28 U.S.C. § 1331, as the action arises under the Telephone Consumer Protection Act, 47 U.S.C. §227 ("TCPA").

7.      This Court has general personal jurisdiction over Defendant Bio-Genetics Lab because the Defendant resides in this District.

8.      Venue is proper pursuant to 28 U.S.C. § 1391(b) because Defendant Bio-Genetics Lab directed the calls at issue to Plaintiff who received them in this District.

## TCPA BACKGROUND

The TCPA Prohibits Automated Telemarketing Calls

9.    The TCPA makes it unlawful to make any call (other than a call made for emergency purposes or made with the prior express consent of the called party) using an automatic telephone dialing system or an artificial or prerecorded voice to any telephone number assigned to a cellular telephone service or that is charged per the call.  *See* 47 U.S.C. § 227(b)(1)(A)(iii).

10.    The TCPA provides a private cause of action to persons who receive calls in violation of 47 U.S.C. § 227(b)(1)(A) or 47 U.S.C. § 227(b)(1)(B).  *See* 47 U.S.C. § 227(b)(3).

11.    According to findings by the Federal Communication Commission ("FCC"), the agency Congress vested with authority to issue regulations implementing the TCPA, such calls are prohibited because, as Congress found, automated or prerecorded telephone calls are a greater nuisance and invasion of privacy than live solicitation calls, and such calls can be costly and inconvenient.

12.    In 2013, the FCC required prior express written consent for all autodialed or prerecorded telemarketing calls ("robocalls") to wireless numbers and residential lines.  Specifically, it ordered that:

> [A] consumer's written consent to receive telemarketing robocalls must be signed and be sufficient to show that the consumer:  (1) received "clear and conspicuous disclosure" of the consequences of providing the requested consent, i.e., that the consumer will receive future calls that deliver prerecorded messages by or on behalf of a specific seller;

and (2) having received this information, agrees unambiguously to receive such calls at a telephone number the consumer designates.[] In addition, the written agreement must be obtained "without requiring, directly or indirectly, that the agreement be executed as a condition of purchasing any good or service.[]"

*In the Matter of Rules & Regulations Implementing the Tel. Consumer Prot. Act of 1991,* 27 F.C.C. Rcd. 1830, 1844 (2012).

## Online Complaints Showing Bio-Genetics Lab Places Such Telemarketing Calls

13.    Consumers have posted numerous complaints online about Defendant's unsolicited telemarketing calls, including complaints specifically alleging the use of pre-recorded voice messages like the ones received by Plaintiff Yocum, and including complaints about received solicitation calls from the Defendant using the same phone numbers from which the Plaintiff was called, for instance:



---

[1] https://www.shouldianswer.com/phone-number/7274569730
[2] https://800notes.com/Phone.aspx/1-727-456-9730



**Bob**
25 May 2022

I got a call on 248 957 1122 and a voicemail at least a dozen times over the last several weeks, almost every day. Same message using the 727-456-9730 as the return call number. Same message as reported above and on other numbers. There is a Bio-Genetics Lab nearby in Livonia Michigan, but I have never dealt with them that I kknow of

*Caller: Bio-Genetics Lab*
*Call type: Scam suspicion*

3

🚫 **Spam**

Robo call. I never made an inquiry to them

Reported Caller Name: Medical Customer Call

A YouMail subscriber
Atlanta, GA
5/24/22, 7:04 AM

🚫 **Spam**

I have never made any inquiries to Bio Genetics & no reason to do so,Message" We have been trying to reach you" If you google Bio Genetics labs it is related to covid testing. It is to target those that have medicare . Spy Dialer checks for voice mail & The caller does answer at 815-407-7769 but the live person states if you are trying to call us and no answer your call will be routed to another number which is 727-456-9730. I would say spoofing and trying to confuse those on Medicare.

Reported Caller Name: Representative of Bio Genetics

Fedup
5/5/22, 7:31 AM

🚫 **Spam**

They claim to be returning my call? I never called them

Reported Caller Name: Medical Customer Call

A YouMail subscriber
4/18/22, 2:54 PM

4

---

[3] *Id.*
[4] https://directory.youmail.com/directory/phone/7274569730



| | |
|---|---|
| June 7th 2022 6:47pm | Marked as Spammer |

Who Called: **Bio genetics Lab**

Hello I'm calling from biogenetics laboratory in regards to a medical inquiry you made we're trying to reach you so could you please give us a call back 727-456-9730 anyone here at the lab can help you so please just give us a call again the number is 727-456-9730 you can also call the number on your caller id

| | |
|---|---|
| June 1st 2022 8:07pm | Marked as Spammer |

Who Called: **Bio Generics**

Said the were calling about a lab test. I had no such test.

5

| | |
|---|---|
| June 1st 2022 3:00pm | Marked as Spammer |

Who Called: **Biogenetic**

Genetic testing

6

| | |
|---|---|
| April 8th 2022 4:46pm | Marked as Spammer |

Who Called: **Bio Genetics Lab**

Tring to sell me genetics. Saying I requested info, I didn't. We replied sick ppl live here and not to call. Woman rude and pushy

7

| | |
|---|---|
| April 27th 2022 6:32pm | Marked as Spammer |

Who Called: **Biogenetics Laboratory**

They claim I contacted them for a medical procedure, I did not!! They have called every day for 4 straight days. I blocked the number but it goes to voicemail.

8

---

5 https://www.numberguru.com/phone/727/456/9730/
6 *Id.*
7 *Id.*
8 *Id.*

April 18th 2022 11:32pm                                  Marked as Spammer



**Who Called:**   **bio genetics lab**
They keep calling claiming I made an inquiry, but I did not. They call from different numbers but tell me to call them back on this number.

April 13th 2022 1:58pm                                   Marked as Spammer



**Who Called:**   **Bio genetics Lab**
Said they were returning a call I made to them about test results. I never made any such call.

9

May 6th 2022 9:28pm                                      Marked as Spammer



**Who Called:**   **Some medical genetics place**
They said they were from some kind of genetics company, never called anyone about that so immediately assumed it was a robo call.

May 6th 2022 5:55pm                                      Marked as Spammer



**Who Called:**   **Biogenetics laboratory**
Calls every single day from a spoofed number but leaves the same 727 callback number. Says this is biogenetics laboratory calling about your inquiry. Well at least their idiots. I mean what legitimate business would spoof a number lol?

April 29th 2022 6:50pm                                   Marked as Spammer



**Who Called:**   **Bio Genetics laboratories**
They say they are from bio Genetics laboratory and that they are following up on a medical enquiry I had made. They call every day and it goes to voice mail. I've answered twice to tell them to stop calling me and they are very rude and keep calling. I turned this number is as well as their other number that makes them look like they are local when I know for a fact they are not.

10

---



14.    In addition, many other consumers have posted pre-recorded voicemail messages they received from Defendant Bio-Genetics Lab, which are identical to the ones Defendant sent to Plaintiff Yocum's cell phone, including, but not limited to:

---

[11] https://800notes.com/Phone.aspx/1-214-740-2105
[12] https://800notes.com/Phone.aspx/1-248-957-1122



Hello, I'm calling from bio genetics laboratory. In regard to a medical inquiry you made we're trying to reach you so could you please give us a call back 727-456-9730 anyone here at the lab can help. You so please just give us a call again the number is 727-456-9730 you can also call the number on your caller I D and that will route you to us thank you so much and have a great day.

13

## Typical Messages

Hello I'm calling from Bio genetics laboratory in regards to a medical inquiry you made. We're trying to reach you. Could you please give us a call back seven.

Hello, I'm calling from bio genetics laboratory. In regard to a medical inquiry you made we're trying to reach you so could you please give us a call back 727-456-9730 anyone here at the lab can help. You so please just give us a call again the number is 727-456-9730 you can also call the number on your caller I D and that will route you to us thank you so much and have a great day.

14

## Typical Messages

Hello, I'm calling from bio genetics laboratory. In regard to a medical inquiry you made we're trying to reach you so could you please give us a call back 727-456-9730 anyone here at the lab can help. You so please just give us a call again the number is 727-456-9730 you can also call the number on your caller I D and that will route you to us thank you so much and have a great day.

00:33

15

---

[13] https://directory.youmail.com/directory/phone/4342992197
[14] https://directory.youmail.com/directory/phone/7274569730
[15] https://directory.youmail.com/phone/201-201-1488

## Typical Messages

Hello, I'm calling from bio genetics laboratory. In regard to a medical inquiry you made we're trying to reach you so could you please give us a call back 727-456-9730 anyone here at the lab can help. You so please just give us a call again the number is 727-456-9730 you can also call the number on your caller I D and that will route you to us thank you so much and have a great day.

00:33

▶ ━━━━━━━━━━━━━━━━━━━━━━━━━━━━○    16

## Typical Messages

Hello, I'm calling from bio genetics laboratory. In regard to a medical inquiry you made we're trying to reach you so could you please give us a call back 727-456-9730 anyone here at the lab can help. You so please just give us a call again the number is 727-456-9730 you can also call the number on your caller I D and that will route you to us thank you so much and have a great day.

00:33

▶ ━━━━━━━━━━━━━━━━━━━━━━━━━━━━○    17

Hello, I'm calling from bio genetics laboratory. In regard to a medical inquiry you made we're trying to reach you so could you please give us a call back 727-456-9730 anyone here at the lab can help. You so please just give us a call again the number is 727-456-9730 you can also call the number on your caller I D and that will route you to us thank you so much and have a great day.

▶ ━━━━━━━━━━━━━━━━━━━━━━━━━━━○━━━    18

## Typical Messages

Hello, I'm calling from bio genetics laboratory. In regard to a medical inquiry you made we're trying to reach you so could you please give us a call back 727-456-9730 anyone here at the lab can help. You so please just give us a call again the number is 727-456-9730 you can also call the number on your caller I D and that will route you to us thank you so much and have a great day.

▶ ━━━━━━━━━━━━━━━━━━━━━━━━━━━━━○    19

---

[16] https://directory.youmail.com/phone/202-235-2312
[17] https://directory.youmail.com/phone/202-991-8882
[18] https://directory.youmail.com/directory/phone/2052030918
[19] https://directory.youmail.com/phone/203-208-7138



15.   Neither the Plaintiff nor any other members of the proposed class ever provided Defendant and/or their agents with consent to receive the telephone calls at issue.

16.   Defendant does not have any record of consent to place telemarketing calls, or calls featuring an artificial or prerecorded voice, to Plaintiff or to members of the proposed class.

---

[20] https://directory.youmail.com/directory/phone/2077701444
[21] https://directory.youmail.com/directory/phone/2086094003
[22] https://directory.youmail.com/directory/phone/2086094004

17.    Defendant's actions have harmed Plaintiff and all members of the Class, defined below, in the form of annoyance, nuisance, and invasion of privacy, occupied their phone lines, and disturbed the use and enjoyment of their phones, in addition to the wear and tear on the phone's hardware (including the phone's battery), the consumption of memory on the phone, and, in some instances, they may have been charged for incoming calls.

18.    In response to these calls, Plaintiff file this lawsuit seeking injunctive relief requiring the Defendant to cease violating the Telephone Consumer Protection Act, as well as an award of statutory damages to the members of the Class and costs.

## FACTUAL ALLEGATIONS

19.    Defendant Bio-Genetics Lab is a "person" as the term is defined by 47 U.S.C. § 153(39).

20.    Defendant Bio-Genetics Lab is a clinical medical laboratory which offers various genetic tests to consumers.[23]

21.    Plaintiff Yocum uses his cell phone for personal use only. It is not used as a business number.

22.    In May 2022, Plaintiff Yocum started receiving unwanted telemarketing voicemails from Defendant Bio-Genetics Lab to his cell phone, using

---

[23] https://bio-genetics.com/

the same pre-recorded voicemail everyday.

23.     Plaintiff Yocum did not answer the calls, and received the following pre-recorded voicemail message on each of the calls, asking him to callback the Defendant's phone number 727-456-9730:

> "Hello, I'm calling from Bio-Genetics Laboratory, in regard to a medical inquiry you made. We're trying to reach you, so could you please give us a call back 727-456-9730 anyone here at the lab can help. You so please just give us a call again the number is 727-456-9730 you can also call the number on your caller ID and that will route you to us thank you so much and have a great day.

24.     Plaintiff Yocum received the above pre-recorded voicemail on multiple occasions, including:

- On May 24, 2022, from the phone number 844-444-5288,

- On May 25, 2022, from the phone number 434-299-2197,

- On May 25, 2022, from the phone number 844-444-5288,

- On May 30, 2022, from the phone number 434-299-2197,

- On May 31, 2022, from the phone number 434-299-2197,

- On June 1, 2022, from the phone number 434-299-2197,

- On June 2, 2022, from the phone number 434-299-2197, and

- On June 3, 2022, from the phone number 434-299-2197.

25.     On calling the phone numbers, 434-299-2197 and 844-444-5288, which

Defendant used to call Plaintiff's cell phone, they were both answered initially by an automated voice message system which identified as Defendant Bio-Genetics Lab and then the call was answered by one of Defendant's employees. Defendant owns and operates both of these phone numbers.

26.     Plaintiff Yocum never made any inquiry about medical tests with the Defendant.

27.     Plaintiff Yocum never consented to receiving pre-recorded, or any other telemarketing calls from the Defendant.

28.     The voicemails Plaintiff received from the Defendant provides the call back number 727-456-9730, which belongs to Defendant Bio-Genetics Lab, and is answered by Defendant's employees.

29.     The privacy policy page on Defendant Bio-Genetics Lab's website[24] displays a list of over 500 phone numbers which Defendant uses to call consumers, and this list includes:

> o  434-299-2197, one of the phone numbers Defendant used to call the Plaintiff, and
> o  727-456-9730 - the call back number provided by the Defendant in the voicemails they sent to the Plaintiff's cellphone.

30.     Plaintiff Yocum has never had any business relationship with

---

[24] https://bio-genetics.com/privacy-policy

Defendant Bio-Genetics Lab.

31.     Plaintiff Yocum was not looking for medical tests such as the Defendant offers and has never given his consent to Defendant Bio-Genetics Lab to place telemarketing solicitation calls to his cell phone.

32.     Plaintiff Yocum received, and continues to receive, multiple unwanted telemarketing calls, including pre-recorded calls placed using automated systems marketing Defendant Bio-Genetics Lab's services to his cell phone almost every day.

## CLASS ACTION ALLEGATIONS

33.     Plaintiff Yocum brings this action pursuant to Federal Rules of Civil Procedure 23(b)(2) and 23(b)(3) and seeks certification of the following Class:

> **Pre-recorded No Consent Class:** All persons in the United States who from four years prior to the filing of this action through class certification (1) Defendant, or an agent calling on behalf of the Defendant, called on their cellular telephone number (2) using the same or a substantially similar artificial or pre-recorded voice message used to call the Plaintiff.

34.     Plaintiff Yocum is a member of and will fairly and adequately represent and protect the interests of the Class as he has no interests that conflict with any members of the Class.

35.     Excluded from the Class are counsel, the Defendant, and any entities in which the Defendant has a controlling interest, the Defendant's agents and

16

employees, any judge to whom this action is assigned, and any member of such judge's staff and immediate family.

36.     Plaintiff and all members of the Class have been harmed by the acts of the Defendant, including, but not limited to, the invasion of their privacy, annoyance, waste of time, the use of their telephone power and network bandwidth, the use of their data plans, and the intrusion on their telephone that occupied it from receiving legitimate communications.

37.     This Class Action Complaint seeks injunctive relief and money damages.

38.     The Class as defined above are identifiable through the Defendant's dialer records, other phone records, and phone number databases.

39.     Plaintiff does not know the exact number of members in the Class, but Plaintiff reasonably believes the Class members number, at minimum, in the hundreds in each class.

40.     The joinder of all members of the Class is impracticable due to the size and relatively modest value of each individual claim.

41.     Additionally, the disposition of the claims in a class action will provide substantial benefit to the parties and the Court in avoiding a multiplicity of identical suits.

42.     There are numerous questions of law and fact common to Plaintiff and to the proposed Class, including but not limited to the following:

(a) whether Defendant or its agents placed pre-recorded voice message calls to Plaintiff Yocum and members of the Pre-recorded No Consent Class without first obtaining the express written consent to make the calls;;

(b) whether the calls constitute a violation of the TCPA;

(c)  whether members of the Class are entitled to treble damages based on the willfulness of Defendant's conduct.

43.     Further, Plaintiff will fairly and adequately represent and protect the interests of the Class.  Plaintiff has no interests which are antagonistic to any member of the Class.

44.     Plaintiff has retained counsel with substantial experience in prosecuting complex litigation and class actions, and especially TCPA class actions.  Plaintiff and his counsel are committed to vigorously prosecuting this action on behalf of the other members of the Class and have the financial resources to do so.

45.     Common questions of law and fact predominate over questions affecting only individual class members, and a class action is the superior method for fair and efficient adjudication of the controversy.  The only individual question

concerns identification of class members, which will be ascertainable from records maintained by Defendant and/or its agents.

46.     The likelihood that individual members of the Class will prosecute separate actions is remote due to the time and expense necessary to prosecute an individual case.

**COUNT I**
**Telephone Consumer Protection Act**
**Violation of 47 U.S.C. § 227**
**On Behalf of Plaintiff Yocum and the Pre-recorded No Consent Class**

47.     Plaintiff repeats and realleges the prior paragraphs of this Complaint and incorporates them by reference herein.

48.     Defendant and/or its agents transmitted unwanted telephone calls to Plaintiff and the other members of the Pre-recorded No Consent Class using a pre-recorded voice message.

49.     These pre-recorded voice calls were made *en masse* without the prior express written consent of the Plaintiff and the other members of the Pre-recorded No Consent Class.

50.     The Defendant has, therefore, violated 47 U.S.C. § 227(b)(1)(A)(iii). As a result of Defendant's conduct, Plaintiff and the other members of the Pre-recorded No Consent Class are each entitled to a minimum of $500 in damages, and up to $1,500 in damages, for each violation.

## **PRAYER FOR RELIEF**

**WHEREFORE**, Plaintiff, individually and on behalf of the Class, prays for the following relief:

a)  Injunctive relief prohibiting Defendant from calling telephone numbers advertising their goods or services, except for emergency purposes, using a prerecorded or artificial voice, or to numbers on the National Do Not Call Registry in the future;

b)  That the Court enter a judgment awarding Plaintiff and all class members statutory damages for each violation of the TCPA;

c)  An order certifying this action to be a proper class action pursuant to Federal Rule of Civil Procedure 23, establishing appropriate Class the Court deems appropriate, finding that Plaintiff is a proper representative of the Class, and appointing the lawyers and law firms representing Plaintiff as counsel for the Class; and

d)  Such other relief as the Court deems just and proper.

## **JURY DEMAND**

Plaintiff Yocum requests a jury trial.

**DAVID ARTHUR YOCUM**, individually
and on behalf of all others similarly situated,

Dated: June 23, 2022.                          Respectfully submitted,

By:  /s/ Stefan Coleman

Stefan Coleman (FL Bar no. 30188)
law@stefancoleman.com
Coleman PLLC
66 West Flagler Street
Suite 900
Miami, FL 33130
Telephone: (877) 333-9427
Facsimile: (888) 498-8946

Avi R. Kaufman, Esq. (FL Bar no. 84382)*
KAUFMAN P.A
237 South Dixie Highway, Floor 4
Coral Gables, Florida 33133
kaufman@kaufmanpa.com
(305) 469-5881

*Lead Counsel

*Counsel for Plaintiff and all others similarly*

*situated*