# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| DAVID ARTHUR YOCUM, on behalf of herself and others similarly situated,<br><br>  Plaintiff,<br><br>v.<br><br>HEMATOPATHOLOGY ASSOCIATES, L.L.C. doing business as BIO GX LABORATORY, a Florida limited liability company,<br><br>  Defendant.<br>_____/ | CASE NO. 2:22-cv-00400-SPC-NPM<br><br><br><br><br><br>**CLASS ACTION** |

## NOTICE OF SETTLEMENT

Plaintiff David Yocum hereby notifies the Court that the parties have reached a settlement in principle to resolve this matter. The parties anticipate filing a Stipulation of Dismissal of the action with prejudice as to the Plaintiff's individual claim within 30 days. Accordingly, the parties respectfully request that all current deadlines and hearings be suspended pending the filing of the Stipulation of Dismissal.

Dated: January 16, 2023          Respectfully submitted,

/s/ Avi R. Kaufman
Avi R. Kaufman (FL Bar no. 84382)
kaufman@kaufmanpa.com
Rachel E. Kaufman (FL Bar no. 87406)
rachel@kaufmanpa.com
KAUFMAN P.A.

1

237 S. Dixie Hwy, 4th Floor
Coral Gables, FL 33133
Telephone: (305) 469-5881

*Attorneys for Plaintiff and the putative class*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 16, 2023, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, and it is being served this day on all counsel of record via transmission of Notice of Electronic Filing generated by CM/ECF.

*/s/ Avi R. Kaufman*